**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

1. I, Alan Buhrke, on behalf of The Buhrke Family Revocable Trust ("Buhrke Trust"), as a trustee with authority to bind Buhrke Trust and enter into litigation on its behalf, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a complaint against U.S. Bancorp ("U.S. Bancorp" or the "Company") and authorize the filing of a comparable complaint on behalf of Buhrke Trust.

3. Buhrke Trust did not purchase or acquire U.S. Bancorp securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Buhrke Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired U.S. Bancorp securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet (Schedule "A") lists all of Buhrke Trust's transactions in U.S. Bancorp securities during the Class Period, as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, Buhrke Trust has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. Buhrke Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of 10/25/2022 _____.

DocuSigned by:

_____
Alan Buhrke
CAE3C088A1744BF...

The Buhrke Family Revocable Trust Transactions in US Bancorp securities:

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 01/26/2021 | Acquisition | 20,000 | $25.00 |