UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
THE BUHRKE FAMILY REVOCABLE TRUST, *on* :
*behalf of itself and all others similarly situated*, :
:
                            Plaintiff, : 22 Civ. 9174 (JPC) (SLC)
:
           -v- : ORDER
:
U.S. BANCORP, *et al.*, :
:
                           Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 28, 2024, the Court granted Defendants' motion to dismiss the Amended Complaint in its entirety, and granted Lead Plaintiffs leave to file a Second Amended Complaint within thirty days of the Court's decision. Dkt. 50. That deadline has elapsed, and Plaintiffs have neither filed a Second Amended Complaint nor requested an extension from this Court to do so. Accordingly, Plaintiffs' claims are dismissed with prejudice. The Clerk of Court is respectfully directed to enter judgment in favor of Defendants and close this case.

      SO ORDERED.

Dated: May 8, 2024
       New York, New York
                                                    JOHN P. CRONAN
                                                United States District Judge