**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
THE BUHRKE FAMILY REVOCABLE TRUST, on
behalf of itself and all others similarly situated,

                        Plaintiff,

    -against-                                            22 **CIVIL** 9174 (JPC)(SLC)

                                                              **JUDGMENT**

U.S. BANCORP, et al.,

                        Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 8, 2024, the Court granted Defendants' motion to dismiss the Amended Complaint in its entirety, and granted Lead Plaintiffs leave to file a Second Amended Complaint within thirty days of the Court's decision. Dkt. 50. That deadline has elapsed, and Plaintiffs have neither filed a Second Amended Complaint nor requested an extension from this Court to do so. Plaintiffs' claims are dismissed with prejudice and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       May 8, 2024

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                              **BY:**    *K. Mango*

                                                                   **Deputy Clerk**